UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 04-16295 |
| | | CHAPTER 13 |
| MARK A. ANTONI | | |
| IRENE M. ANTONI | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916642 | $8.27 |

<u>Creditor(s)</u>
Cashland
100 East Third Street
Dayton, Ohio 45402


    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

| | |
|---|---|
| **Cashland** | **Debtor(s) Counsel** |
| 100 East Third Street | LYNN A. LAPE, ESQ. |
| Dayton, Ohio 45402 | 5451 NORTH BEND ROAD, SUITE 105B |
| | CINCINNATI, OH  45247 |
| **Debtor(s)** | **U.S. TRUSTEE** |
| MARK A. ANTONI | 36 EAST SEVENTH STREET, SUITE 2030 |
| 316 NORTH HILL DRIVE | CINCINNATI, OHIO 45202 |
| HARRISON, OH  45030 | (service waived) |
| IRENE M. ANTONI | |
| 7670 DOGTROT RD. | |
| CINCINNATI, OH  45248 | |